# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENTSPLY SIRONA INC.,** | : CIVIL ACTION NO. 1:17-CV-1530 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **NET32, INC.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 13th day of September, 2018, upon consideration of plaintiff's unopposed motion (Doc. 74) to hold in abeyance defendant's bill of costs, it is hereby ORDERED that the motion (Doc. 74) is GRANTED and the court will hold in abeyance any action with respect to defendant's bill of costs until this court rules upon plaintiff's motion to alter or amend, or until any appeal in this matter is completed, whichever occurs later.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania